IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

GABINO VILLEDA GARCIA §
§
*Petitioner,* §
§
VS. §
§
§
PAM BONDI, US Attorney General; §     CIVIL ACTION NO. 9:26-CV-00196
KRISTI NOEM, Secretary, Department of §     JUDGE MICHAEL J. TRUNCALE
Homeland Security; DEPARTMENT OF §
HOMELAND SECURITY; §
IMMIGRATION CUSTOMS §
ENFORCEMENT; BRET A. §
BRADFORD, Houston Filed Office, §
Director for Detention and Removal, U.S. §
Immigration and Customs Enforcement, §
Department of Homeland Security; §
ALEXANDER SANCHEZ, Warden of §
IAH Polk Adult Detention Facility §
§
*Respondents.* §

## ORDER GRANTING MOTION TO DISMISS AS MOOT

Before the Court is Petitioner's Motion to Dismiss as Moot. [Dkt. 2]. Petitioner files the present motion seeking to dismiss this matter as moot since the Immigration Court ordered Petitioner removed from the United States on or about May 7, 2026.

It is therefore **ORDERED** that Petitioner's Motion to Dismiss as Moot [Dkt. 2] is hereby **GRANTED**. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE as moot**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 13th day of May, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge